Case: 1:23−mj−00095
Assigned To : Harvey, G. Michael
Assign. Date : 5/2/2023
Description: Complaint W/ Arrest Warrant

## **STATEMENT OF FACTS**

In the afternoon of May 1, 2023, officers with Metropolitan Police Department (MPD)'s Sixth District Crime Suppression Team, including your Affiant, were patrolling in the area of xxxx Xxxxx Xxxxxx, XX, Washington, D.C. 20019, due in part to the fact that this is a high-crime area (for example, a homicide occurred in the area on April 30, 2023).

Your affiant was the front passenger in a marked car occupied by three other officers (including a driver and two officers in the rear). All officers were in full uniform and traveling along the 3800 block of Hayes Street, NE. At about 3:47 p.m., officers observed an individual wearing a large black bubble coat walking towards the doorway of xxxx Xxxxx Xxxxxx, XX. Your Affiant immediately recognized this individual as Robert Patrick Smith based on prior knowledge (hereinafter the "Defendant").

The Defendant observed law enforcement and abruptly changed his direction. He took flight towards a vehicle parked in a parking lot, initially walking quickly toward the vehicle and then running for about 20 to 30 steps. Your Affiant observed that, while he was fleeing, the Defendant gripped his front waistband area. The manner in which the Defendant did so was consistent with him securing a firearm in his waistband area to prevent it from falling. (Officer Moore knows from training and experience that individuals who illegally carry firearms often do not use holsters.)

Officers pulled into the parking lot in front of the above location and observed the Defendant hastily enter a black Volkswagen SUV through the rear driver's side door. Officers stopped near the vehicle and approached the occupants (who included only the Defendant and the driver). Your Affiant opened the door that Defendant Smith had entered moments earlier. Your Affiant grabbed one of the Defendant's arms and told the Defendant to exit the vehicle. The Defendant did so. While the Defendant's pants had appeared to be up around his waistline before he entered the vehicle, the Defendant's pants were now lowered several inches and the Defendant's underwear was partially exposed.

Your Affiant then observed in plain view on the floorboard, around where the Defendant's feet had been, a firearm, later determined to be a Century Arms Micro Draco 7.62 caliber pistol with serial number PMD-14039-19RO. Officers later discovered 1 round in the chamber and 29 rounds in a magazine with a 30-round capacity. From a subsequent search incident to arrest, in the front pocket of the Defendant's hooded sweatshirt, officers recovered approximately 8.5 grams (with packaging) of a white rock substance that field tested positive for cocaine base. This amount of cocaine base is more consistent with possession with intent to distribute than possession for personal use. In your Affiant's training and experience, crack cocaine is typically sold to users in amounts ranging from about 0.25 grams to about 1 gram.

The driver of the Volkswagen, who was the only other occupant of the vehicle, was stopped and identified. She was not arrested. The vehicle was registered to her.

Based on the foregoing, I submit that there is probable cause to believe that the Defendant violated: (1) 21 U.S.C. § 841(a)(1) and (b)(1)(C), which makes it a crime to possess with intent to

distribute cocaine base; and (2) 18 U.S.C. § 924(c)(1)(A)(i), which makes it a crime to possess a firearm in furtherance of a drug trafficking offense.



_____
OFFICER CARTER MOORE
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this  2nd  day of May, 2023.*

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE